IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

REID HUMPHREY                                                                                    PLAINTIFF

V.                                             Civil No.13-cv-1029

SCOTT SNELL, in his individual
and official capacities; DARREN
MARTIN, in his individual and
official capacities; STEVE ADAMS,
in his individual and official capacities;
RICKY ROBERTS; in his individual
and official capacities; BILLY WHITE,
in his individual and official capacities;
EL DORADO POLICE DEPARTMENT;
and CITY OF EL DORADO, ARKANSAS                                              DEFENDANTS

## JUDGMENT

Before the Court is a Motion for Summary Judgment (ECF No. 21) filed on behalf of the Defendants El Dorado Police Department; the City of El Dorado; Billy White and Ricky Roberts in their individual and official capacities; and Steve Adams, Darren Martin, and Scott Snell in their official capacities. Plaintiff Reid Humphrey has responded. (ECF No. 40). Defendants have replied. (ECF No. 46). Upon consideration, for the reasons discussed in the Memorandum Opinion of even date, the Court finds that the motion (ECF No. 21) should be and hereby is **GRANTED**. Accordingly, Plaintiff's claims against these Defendants are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 22nd day of May, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge