IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

REID HUMPHREY                                                         PLAINTIFF

VS.                              CASE NO. 1:13-CV-1029

SCOTT SNELL, ET AL                                                    DEFENDANT

## DEFENDANTS' MOTION IN LIMINE

Come Defendants, Scott Snell, Darien Martin, and Steve Adams, by and through their attorney, M. Keith Wren, and for their Motion in Limine state:

1.	Plaintiff has brought this action pursuant to 42 U.S.C. § 1983 and Ark. Code Ann. § 16-123-101, *et seq.* for alleged violations of Plaintiff's civil rights in connection with Plaintiff's arrest on March 24, 2012 and under Arkansas law for the torts of negligence and battery arising from the same incident.

2.	Subsequent to this incident, El Dorado Chief of Police Ricky Roberts convened an Administrative Review Board to determine if Officers Snell, Martin, and Adams had violated any El Dorado Police Department policies in connection with the incident.

3.	Ultimately the Administrative Review Board determined that the officers had used excessive force. However, when the El Dorado Police Department Bureau of Efficiency reviewed the Administrative Review Board's determination, it determined that the officers had not used excessive force, though they had failed to properly document the use of force.

4.	Additionally, at Plaintiff's trial regarding the charges for which he was arrested, the court found Plaintiff not guilty.

5. Plaintiff should be barred from presenting any evidence or making any mention of the Administrative Review Board's findings or any other internal review of the El Dorado Police Department concerning the conduct of Officers Snell, Martin, and Adams, and from presenting any evidence regarding the court's verdict in Plaintiff's criminal case for the following reasons.

6. Such evidence is inadmissible under Fed. R. Evid. 403 because its probative value is substantially outweighed by the danger of unfair prejudice, confusing the issues, and misleading the jury.

7. Further, evidence regarding the outcome of Plaintiff's criminal trial is irrelevant under Fed. R. Evid. 401.

8. Evidence of the El Dorado Police Department internal investigations is inadmissible under Fed. R. Evid. 802 because it fits the definition of hearsay in Fed. R. Evid. 801 and is not subject to any of the exceptions of Fed. R. Evid. 803, 804, or 807.

9. For these reasons and those reasons stated in the Brief in Support of this Motion filed concurrently herewith, any mention of the Administrative Review Board's findings or any other internal review of the El Dorado Police Department concerning the conduct of Officers Snell, Martin, and Adams or the final disposition of Plaintiff's criminal case should be barred.

Wherefore, Defendants Scott Snell, Darien Martin, and Steve Adams pray that this Court enter an Order barring the introduction of any evidence or mention of the Administrative Review Board's findings or any other internal review of the El Dorado Police Department concerning the conduct of Officers Snell, Martin, and Adams or the final disposition of Plaintiff's criminal trial, and for all other just and proper relief.

Respectfully submitted,

WREN LAW FIRM
11300 Executive Center Drive
Suite A
Little Rock, AR 72205
501-223-0025
mkwren@wrenlawfirm.com

By: /s/ M. Keith Wren, #94107
M. Keith Wren ABA#94107

### CERTIFICATE OF SERVICE

I, M. Keith Wren, hereby certify that on January 26, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to participating counsel of record listed below, and I hereby certify that I have mailed the document via U.S. Mail, postage prepaid to all non CM/ECF participating counsel of record listed below.

Robert L. Depper, Jr.
101 W. Main
El Dorado, AR 71730

Amanda LaFever
P. O. Box 38
North Little Rock, AR 72115

/s/ M. Keith Wren, #94107
M. Keith Wren