IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

## MINUTES

PLAINTIFF: REID HUMPHREY
ATTY: Robert L. Depper, Jr.

DEFENDANT: SCOTT SNELL, et al.
ATTY: M. Keith Wren
      Russell A. Wood

JUDGE: Susan O. Hickey, U. S. District Judge
REPORTER: Felisha Burson
CLERK: Robin Gray
CASE NO. 1:13-CV-1029
INTERPRETER:
DATE: February 9, 2015

ACTION: Jury Trial - Day 1

| TIME | MINUTES |
|---|---|
| 8:20 am | In Chambers. |
| | Pretrial conference. |
| 9:00 am | Court convenes. |
| | 41 prospective jurors appear for jury selection. |
| | Panel qualified. |
| 9:45 am | Voir Dire by the Court. |
| 9:51 am | Voir Dire on behalf of the Plaintiff, Reid Humphrey. |
| 10:05 am | Voir Dire on behalf of the Defendants, Scott Snell, et al. |
| | Jurors drawn. |
| 10:30 am | Recess pending peremptory strikes. |
| 10:47 am | Court reconvenes. |
| | Jurors selected and sworn. |
| | Initial instructions by the Court. |
| 11:15 am | Recess. |
| 12:35 pm | Court reconvenes. |
| | Opening statements on behalf of the Plaintiff, Reid Humphrey. |
| 12:47 pm | Opening statements on behalf of the Defendants, Scott Snell, et al. |
| 1:27 pm | Evidence on behalf of the Plaintiff, Reid Humphrey. |
| | Sworn Plaintiff's witnesses: (1) Reid Humphrey. |
| 2:21 pm | Recess. |

CASE NO. 1:13-CV-1029　　　　　　　　　　　　　　　　　DATE: February 9, 2015

TIME　　　　　　　　　　　　　　　MINUTES

| TIME | MINUTES |
|---|---|
| 2:31 pm | Court reconvenes. |
| | Evidence on behalf of the Plaintiff, Reid Humphrey. |
| | Sworn Plaintiff's witnesses: (1) Reid Humphrey, continuing. |
| 3:10 pm | Plaintiff rests. |
| | Defendants' motions for directed verdict. Denied at this time. Objections are noted for the record. |
| 3:14 pm | Evidence on behalf of the Defendants, Scott Snell, et al. |
| | Sworn Defendants' witnesses: (1) Scott Snell, (2) Steve Adams. |
| 4:55 pm | Jury released until 9:00 a.m., February 10, 2015. |
| | Hearing outside the presence of the jury. |
| 5:00 pm | Court adjourned. |