# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## EL DORADO DIVISION

### MINUTES

REID HUMPHREY  
PLAINTIFF  
ATTY: Robert L. Depper, Jr.

SCOTT SNELL, et al.  
DEFENDANT  
ATTY: M. Keith Wren  
Russell A. Wood

JUDGE: Susan O. Hickey, U. S. District Judge  
REPORTER: Felisha Burson  
CLERK: Robin Gray  
CASE NO. 1:13-CV-1029  
INTERPRETER:  
DATE: February 10, 2015  

ACTION: Jury Trial - Day 2

| TIME | MINUTES |
|---|---|
| 8:20 am | In Chambers. |
| | Pretrial conference. |
| 8:57 am | Court convenes. |
| | Evidence on behalf of the Defendants. |
| | Sworn Defendants witnesses: (3) Reid Humphrey; (4) Darien Martin. |
| 11:02 am | Recess. |
| 11:17 am | Court reconvenes. |
| | Evidence on behalf of the Defendants. |
| | Sworn Defendants witnesses: (4) Darien Martin, continuing. |
| 11:27 am | Jury released until 1:00 p.m., February 10, 2015. |
| | Hearing outside the presence of the jury. |
| | Motions for Directed Verdict on behalf of Defendants, Scott Snell, et al. |
| | Response in opposition of Defendants' Motions for Directed Verdict. Plaintiff concedes the claim of negligence and withdraws this claim. |
| | The Court takes the matter under advisement. |
| 11:46 am | Recess pending Court's ruling on the Defendants' Motions for Directed Verdict. |
| 12:28 pm | Court reconvenes. |
| | Hearing outside the presence of the jury. The Court issues the following rulings on Motions for Directed Verdict. |
| | Defendants' Motion for Directed Verdict on the claim of negligence. Claim has been conceded and therefore WITHDRAWN. |
| | Defendants' Motion for Directed Verdict on the claim of probable cause - GRANTED. |
| | Defendants' Motion for Directed Verdict on the claim of excessive force - DENIED. |

CASE NO. 1:13-CV-1029    DATE: February 10, 2015

TIME                                    MINUTES

| TIME    | MINUTES |
|---------|---------|
|         | Defendants' Motion for Directed Verdict on the claim of battery - DENIED. |
|         | Objections are noted for the record. |
|         | Jury instruction conference. |
| 1:52 pm | Court reconvenes. |
|         | Final Instructions by the Court. |
| 2:10 pm | Closing Argument on behalf of Plaintiff, Reid Humphrey. |
| 2:51 pm | Closing Argument on behalf of the Defendants, Scott Snell, et al. |
| 3:06 pm | Rebuttal on behalf of Plaintiff, Reid Humphrey. |
|         | Jury retires for deliberations. |
| 3:20 pm | Recess pending jury deliberations. |
| 5:40 pm | Jury returns.  Unanimous verdict in favor of Defendants, Scott Snell, et al. |
| 5:45 pm | Court Adjourned. |