AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

REID HUMPHREY )
*Plaintiff* )
v. ) Civil Action No. 1:13-CV-1029
SCOTT SNELL, et al. )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The jury finds in favor of the Defendants, Scott Snell, Darien Martin and Steve Adams on all remaining claims.

This action was *(check one)*:

☑ tried by a jury with Judge Susan O. Hickey presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: February 11, 2015

*CLERK OF COURT*

/s/ Robin W. Gray

*Signature of Clerk or Deputy Clerk*